**Herbert L. TAYLOR, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7110.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2002.

*ORDER*

Upon consideration of Herbert L. Taylor's unopposed motion to voluntarily dismiss his appeal.

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs

**Victorie S. WHITE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 02–3224.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.